**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CLIFTON WALKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER, <br><br> Plaintiff, <br><br> vs. <br><br> 25TH & WESTERN LLC; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 2:21-cv-07345-SVW-SK** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that CLIFTON WALKER

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

         and any applicable federal statute, the plaintiff may dismiss an action

         without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an

               answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1   None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2   summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3   Court.

4

5   DATED:  September 24, 2021   SO. CAL. EQUAL ACCESS GROUP

6

7                                           By:   _/s/   Jason J. Kim_____

8                                                 Jason J. Kim, Esq.
                                                  Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**